# ChamberlainD'Amanda

ATTORNEYS AND COUNSELORS AT LAW
4/6/11



Receipt # 79914
4/6/11
$8.57

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
100 State Street
Rochester, New York 14614

Re:   PAGE, DAVID C                                            / Case # 08-23040
      Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

   Enclosed please find my Trustee's check in the amount of $8.57. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

   _____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

   __X__ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant  eCAST Settlement Corporation
          assignee of HSBC Bank          Amount $      4.86   Claim Register #   2

Claimant  Department Of The Treasury     Amount $      1.45   Claim Register #   4U

Claimant  Credit First NA                Amount $      0.33   Claim Register #   5

Claimant  Sylvan                         Amount $      1.13   Claim Register #   6

Claimant  Melaleuca                      Amount $      0.19   Claim Register #   7

Claimant  ESL Federal Credit Union       Amount $      0.61   Claim Register #   9

                                         DOUGLAS J. LUSTIG
                                         Trustee

1600 Crossroads Building      585 232 3730
Two State Street              FAX 585 232 3882       CHAMBERLAIN D'AMANDA OPPENHEIMER & GREENFIELD LLP
Rochester, NY 14614