# ChamberlainD'Amanda

ATTORNEYS AND COUNSELORS AT LAW
4/6/11



Receipt #79914
4/6/11
$8.57

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
100 State Street
Rochester, New York 14614

FILED
APR 6 - 2011
BANKRUPTCY COURT
ROCHESTER, NY

    Re:    PAGE, DAVID C    / Case # 08-23040
              Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $8.57. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    _____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

    __X__ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant  eCAST Settlement Corporation assignee of HSBC Bank   Amount $   4.86   Claim Register #  2

Claimant  Department Of The Treasury   Amount $   1.45   Claim Register #  4U

Claimant  Credit First NA   Amount $   0.33   Claim Register #  5

Claimant  Sylvan   Amount $   1.13   Claim Register #  6

Claimant  Melaleuca   Amount $   0.19   Claim Register #  7

Claimant  ESL Federal Credit Union   Amount $   0.61   Claim Register #  9

                                                                           *signature*
                                                                        DOUGLAS J. LUSTIG
                                                                        Trustee

1600 Crossroads Building
Two State Street
Rochester, NY 14614

585 232 3730
FAX 585 232 3882

CHAMBERLAIN D'AMANDA OPPENHEIMER & GREENFIELD LLP